Nov. 6, 2015

Office 7 the clerk
P.O. Box 12308
Austin, Texas        78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 10 2015

Abel Acosta, Clerk

## Change 7 Address

Petitioner, Realitres New Address Is:

Louis Confer
3154 Hwy 71 East
Del Valle, Texas    78617

RE: 27-413 ----- etc.

Cause # 03-279 A ---- etc.
         03-279 B

"Please" Re-Mark
Anything After Oct 20 2015

Respectfully

Louis H. Confer